UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

YAO CHEN,

    Petitioner,

v.

D. DAVEY, Warden,

    Respondent.

Case No. 15-cv-04486-HSG (PR)

**ORDER DENYING MOTION FOR RECONSIDERATION**

Re: Dkt. No. 25

    Petitioner filed this *pro se* action seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254 to challenge his 1995 state court conviction. On December 7, 2015, the Court issued an order to show cause why the petition should not be granted. On January 29, 2016, the Court denied petitioner's request for appointment of counsel.

    Petitioner has moved for reconsideration of the denial of his request for appointment of counsel. Where the court's ruling has not resulted in a final judgment or order, reconsideration of the ruling may be sought under Rule 54(b) of the Federal Rules of Civil Procedure, which provides that any order which does not terminate the action is subject to revision at any time before the entry of judgment. Fed. R. Civ. P. 54(b). "Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law." *School Dist. No. 1J v. ACandS, Inc.*, 5 F.3d 1255, 1263 (9th Cir. 1993). Petitioner has not shown newly discovered evidence, clear error, manifest injustice or an intervening change in the controlling law with regard to his request for counsel. The motion for reconsideration is therefore DENIED.

    Respondent has filed a motion to dismiss the petition as untimely. Petitioner's opposition was due on or before March 3, 2016. Petitioner's motion for reconsideration appears to address

some aspects of the motion to dismiss.  If petitioner wishes to present additional arguments in opposition to the motion to dismiss, be must do so no later than **July 18, 2016**.  Respondent shall file with the court and serve on petitioner a reply within **fourteen (14)** days of receipt of any additional opposition.

No further extensions will be granted.  If petitioner does not file an opposition by July 18, 2016, the motion to dismiss shall be deemed submitted as of July 18, 2016.

This order terminates Docket No. 25.

**IT IS SO ORDERED.**

Dated: 6/13/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge