1
2
3
4   UNITED STATES DISTRICT COURT
5   NORTHERN DISTRICT OF CALIFORNIA
6
7   YAO CHEN,                           Case No. 15-cv-04486-HSG (PR)
8              Petitioner,
9        v.                             **JUDGMENT**
10  D. DAVEY, Warden,
11             Respondent.
12
13       For the reasons stated in the Order Granting Motion to Dismiss and Denying Certificate of
14  Appealability, judgment is entered in favor of respondent and against petitioner.
15       **IT IS SO ORDERED AND ADJUDGED.**
16  Dated:  8/15/2016
17
18                                      _____
19                                      HAYWOOD S. GILLIAM, JR.
                                        United States District Judge
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAO CHEN,<br><br>    Plaintiff,<br><br>  v.<br><br>D. DAVEY,<br><br>    Defendant. | Case No. 15-cv-04486-HSG<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on 8/15/2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

    Yao Chen ID: J-48028
    3B03-140
    P.O. Box 3466
    Corcoran, CA 93212

Dated: 8/15/2016

    Susan Y. Soong
    Clerk, United States District Court

    By:_____
    Nikki D. Riley, Deputy Clerk to the
    Honorable HAYWOOD S. GILLIAM, JR.